IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10285
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MELITON BONILLA-CASTANEDA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:00-CR-282-ALL-X
- - - - - - - - - -
October 29, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Meliton Bonilla-Castaneda (Bonilla) appeals the 71-month
sentence imposed following his plea of guilty to a charge of
being found in the United States after deportation, a violation
of 8 U.S.C. § 1326.  He contends that the felony conviction that
resulted in his increased sentence under 8 U.S.C. § 1326(b)(2)
was an element of the offense that should have been charged in
the indictment.

    Bonilla acknowledges that his argument is foreclosed by the
Supreme Court's decision in *Almendarez-Torres v. United States*,

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

523 U.S. 224 (1998), but he seeks to preserve the issue for Supreme Court review in light of the decision in *Apprendi v. New Jersey*, 530 U.S. 466 (2000).

*Apprendi* did not overrule *Almendarez-Torres*. *See Apprendi*, 530 U.S. at 489-90; *United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir. 2000), *cert. denied*, 121 S. Ct. 1214 (2001). Bonilla's argument is foreclosed. The judgment of the district court is AFFIRMED.

The Government has moved for a summary affirmance or dismissal of the appeal. The motion is GRANTED to the extent that the Government requests an affirmance.